IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL THOMAS,

    Petitioner,

vs.                                        CASE NO. 5:06cv90/RS

JAMES R. McDONOUGH, Secretary
of Florida Department of Corrections,
and CHARLES J. CRIST, JR., Attorney
General of the State of Florida,

    Respondents.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 15). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Respondents' Motion To Dismiss Petition For Writ of Habeas Corpus (Doc. 11) is granted.

3. The Petition For Writ of Habeas Corpus (Doc. 1) is dismissed with prejudice.

4. The clerk is directed to close the file.

ORDERED on December 4, 2006.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**